UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING PROBATION OFFICER

June 25, 2009

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

Honorable Jose L. Linares
United States District Court
5054 Martin Luther King, Jr. Federal Building
and United States Courthouse
50 Walnut Street
Newark, NJ 07102

Re: CUMMINGS, James M., Jr.
Dkt#: 02:05-CR-666
*Request Permission for Release of Documents*

Dear Judge Linares,

On November 21, 2006, Your Honor sentenced James M. Cummings, Jr. to 43 months imprisonment to be followed by three years of supervised release for two counts of Soliciting, Accepting, and Receiving Bribes in violation of 18 U.S.C. § 666(a)(1)(B) and 2. Additionally, he was ordered to abide by the following special conditions: alcohol testing/treatment, financial disclosure, mental health testing/treatment, no new credit, DNA, $200 special assessment, and $750,000 restitution to be paid at a rate of no less than $100 per month. Supervision of this offender commenced on February 13, 2009.

Mr. Cummings is currently involved in divorce proceedings. He has requested that Your Honor authorize the Probation Office to release all financial statements obtained during the presentence investigation of Mr. Cummings to the Law Firm of Courter, Kobert & Cohen, P.C., which represents his wife. Financial statements would include all banking, checking, savings, investment, or profit sharing accounts. It is **not** the intention of Mr. Cummings to ask for release of the actual presentence report.

On February 20, 2009, Mr. Cummings was ordered by the Honorable James A. Farber, J.S.C., of Sussex County Superior Court to "execute whatever authorizations are required by the Federal Government, The United States District Court Probation Office or whatever agency presently retains the financial statement executed by the defendant as referenced in the presentenced investigation report unitized in United States of American vs. James M. Cummings, Jr., Docket No. 055-0666-001. The Defendant will execute any required authorizations within three days of his receipt of this document." Mr. Cummings did sign an *Authorization for Release of Financial Records and Information*, which has been attached to this letter.

It is respectfully requested that Your Honor allow the United States Probation Office to release all

Judge
Page 2
June 25, 2009

financial statements obtained during the presentence investigation of James M. Cummings, Jr. to the Law Firm of Courter, Kobert & Cohen, P.C.

                                      Respectfully submitted,

                                      CHRISTOPHER MALONEY, Chief
                                      U.S. Probation Officer

                                      By: Dana Hafner
                                         U.S. Probation Officer

/dh
Enclosure(s)

*****************************************************************************

[ ✓ ]  Release documents

[  ]  Do not release documents

                            Signature of Judicial Official         Date 8/31/09