**NOT FOR PUBLICATION:**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 2:05-CR-666-JLL-01 |
| v. | **ORDER** |
| JAMES CUMMINGS, | |

    The Court has received and reviewed Defendant, James Cummings' application [#36] for early termination of his period of supervised release dated September 13, 2011. After consideration of Defendant's request and the U.S. Probations Office letter recommending early termination of probation dated September 19, 2011, it is hereby ordered that Defendant, James Cummings' request for early termination of supervised release is hereby DENIED.

Dated:   September 26, 2011

                                                      JOSE L. LINARES,
                                          UNITED STATES DISTRICT JUDGE